UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BUDD REESE,<br><br>                                  Plaintiff,<br><br>    v.<br><br>ROBERT FOXFULKER et al.,<br><br>                                Defendants. | Case No. 2:17-cv-01627-MMD-CWH<br><br>ORDER |

The 90-day stay is extended until two days after the rescheduled early inmate mediation conference. (*See* ECF No. 10). Defendants shall file their status report on or before that date.

For the foregoing reasons, it is ordered that Defendants shall file their status report two days after the rescheduled early inmate mediation conference.

DATED THIS 14 day of August 2018.

_____
UNITED STATES MAGISTRATE JUDGE