# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| BUDD REESE, | Case No. 2:17-cv-01627-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT FOXFULKER, et al., | |
| Defendants. | |

Presently before the court is plaintiff Budd Reese's motion to extend time (ECF No. 19), filed on December 14, 2018. Plaintiff moves for an additional 30 days to serve defendant Utilization Board. The court will grant plaintiff's request, and extend the Federal Rules of Civil Procedure 4(m) deadline to February 11, 2019.

IT IS THEREFORE ORDERED that the Federal Rules of Civil Procedure 4(m) deadline is extended to February 11, 2019.

DATED: December 20, 2018

_____
C.W. HOFFMAN, JR
UNITED STATES MAGISTRATE JUDGE