# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BUDD REESE, | Case No. 2:17-cv-01627-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT FOXFULKER, et al., | |
| Defendants. | |

The court is in receipt of plaintiff Budd Reese's proposed summons (ECF No. 21) for defendants Utilization Board, Robert Foxfulker and Romeo Aranas. On November 1, 2018, the Attorney General's Office agreed to accept service on behalf of defendants Foxfulker and Aranas. (Acceptance of Service (ECF No. 16).) Given that the Attorney General's Office has accepted service for those two defendants, the court will only direct the court of clerk to issue plaintiff's proposed summons for defendant Utilization Board.

IT IS THEREFORE ORDERED that the clerk of court must issue the proposed summons as to defendant Utilization Board.

IT IS FURTHER ORDERED that the clerk of court must deliver the USM-285 form, a copy of the complaint (ECF No. 7), and a copy of this order to the U.S. Marshal for service.

DATED: December 21, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE