# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| BUDD REESE, | Case No. 2:17-cv-01627-MMD-CWH |
| Plaintiff, | |
| v. | **ORDER** |
| ROBERT FOXFULKER, et al., | |
| Defendants. | |

Presently before the court is defendants Robert Foxfulker and Romeo Aranas' motion for extension of time to respond to complaint (ECF No. 17), filed on December 6, 2018. Plaintiff has not filed a response. Under Local Rule 7-2(d), the "failure of an opposing party to file points and authorities in response to any motion, except a motion under Fed. R. Civ. P. 56 or a motion for attorney's fees, constitutes a consent to granting of the motion." The court will therefore grant defendants' motion.

IT IS THEREFORE ORDERED that defendants' motion for extension of time to respond to complaint (ECF No. 17) is GRANTED.

IT IS FURTHER ORDERED that defendants' response to plaintiff's complaint is due 60 days from the date of this order.

DATED: December 28, 2018

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE