**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

BUDD REESE,
Inmate # 80466

              Plaintiffs,

v.

ROBERT FOXFULKER, et al.,

              Defendants.

2:17-cv-01627-MMD-CLB

**ORDER**

On November 5, 2020, appointed counsel, Margaret McLetchie, Esq. and Alina Shell, Esq. of McLetchie Law and Adam Hosmer-Henner, Esq., Chelsea Latino, Esq., and Philip Mannelly, Esq. of McDonald Carano LLP, filed a motion to withdraw as counsel (ECF No. 49). No opposition was filed. Pursuant to LR 7-2(d), the failure of an opposing party to file points and authorities in response to any motion . . . constitutes a consent to the granting of the motion.

Therefore, the motion to withdraw (ECF No. 49) is **GRANTED**. A copy of this order and all documents hereafter filed shall be served on plaintiff via electronic filing at High Desert State Prison.

**DATED:** January 20, 2021.

_____

**UNITED STATES MAGISTRATE JUDGE**

1